RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 17 2022

KEVIN P. WEIMER, Clerk
By _____ Thur Deputy Clerk

N. 1:22-CV-4169

# In The United States District Court
# for the Northern District of Georgia

THE EXCELLENT THE EXCELLENT RAJ K. PATEL,
from all capacities,

*Plaintiff*

v.

THE UNITED PARCEL SERVICE, INC. ("UPS"),

*Defendant.*

---

PENDING CIVIL ACTION

---

*PRO SE* **COMPLAINT**

T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
rajp2010@gmail.com
www.rajpatel.live
317-450-6651

October 18, 2022

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA

THE EXCELLENT THE EXCELLENT
RAJ K. PATEL, from all capacities,

*Plaintiff*

v.

THE UNITED PARCEL SERVICE, INC.
("UPS"),

*Defendant*

No. _____

Dated: October 18, 2022

JURY TRIAL DEMANDED

## TABLE OF CONTENTS

PARTIES .................................................................................................. 2

SUBJECT-MATTER JURISDICTION ................................................... 3

STATEMENT OF FACTS ....................................................................... 3

CLAIMS .................................................................................................. 10

DEMAND FOR RELIEF ....................................................................... 27

CERTIFICATE OF INTEREST ............................................................ 28

CERTIFICATE OF SERVICE ............................................................... 29

### *PRO SE* COMPLAINT

I, T.E., T.E Raj K. Patel (*pro se*), respectfully move this United States District Court for the Northern District of Georgia for recovery in intentional civil torts. The law firm of South Bank Legal: Ladue Curran Kuehn, PLLC or UPS signed "LOSE" as the signature for proof of delivery of United States Court of Appeals for the Seventh Circuit documents, which were sent on Thursday, July 21, 2022 by me and received on Friday, July 22, 2022 by South Bank Legal. *See* Ex. A. South Bank Legal battered me with the light rays in an area I was not expecting. While I do not know who exactly signed the UPS proof of delivery, it could have been one of the firm's paralegals with the last name "Rose." Ex. F. I

also believe that South Bank Legal's civil tort is racially motived, as some Asians cannot say or distinguish between the "r" or "l" sound, specifically the Korean race. 42 U.S.C. 1981. South Bank Legal from a related case and documents I have served them know that I also studied aboard at Yonsei University in Seoul, South Korea; to the best of my knowledge the South Koreans speak English-United States rather than English-United Kingdom because of the United States Military presence there. Further, as South Bank Legal and the University of Notre Dame knows, I am not in the best psychological and emotional state already. I feel attacked in all my legal, political, and personal capacities.

"A battery is the knowing or intentional touching of a person against [his] [her] will in a rude, insolent, or angry manner." *Wallace v. Rosen*, 765 N.E.2d 192, 196 (Ind. Ct. App. 2002). *Boyd v. State*, 889 N.E.2d 321, 326 (Ind. Ct. App. 2008) ("must sense, *either by sight or sound*, that a battery has occurred") (italics added). *Jefferson Ins. Co. v. Dunn*, 269 Ga. 213, 216 (Ga. 1998) ("arose out of" and "caused by" language). *Wilkins v. Wal-Mart Stores E., LP*, No. 1:20-cv-54-MLB * 27 (N.D. Ga. June 29, 2021) ("lust").

## PARTIES

PLAINTIFF: CITIZEN OF INDIANA.

> **Raj Patel**
> 6850 East 21st Street
> Indianapolis, IN 46219
> 317-450-6651
> raj@rajpatel.live
> rajp2010@gmail.com

DEFENDANT, CITIZEN OF GEORGIA:

> **UNITED PARCEL SERVICE, INC. ("UPS")**
> 55 Glenlake Parkway, NE
> Atlanta, GA 30328
> Corporate office: 1-404-828-6000

> **UPS**
> **c/o Carol B. Tome, Chief Executive Officer**

2

55 Glenlake Parkway, NE
Atlanta, GA 30328
Phone: 1-404-828-6000
ctome@ups.com

**UPS**
**c/o Norman M. Brothers, Jr., EVP & Chief Legal and Compliance Officer**
55 Glenlake Parkway, NE
Atlanta, GA 30328
Phone: 1-404-828-6000
nbrothers@ups.com

## SUBJECT-MATTER JURISDICTION

[1] I.C. § 33-29-1.5-2.

## WELL-PLEADED COMPLAINT STANDARDS

"[A] *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

## STATEMENT OF FACTS

I.    I, Raj K. Patel, the Plaintiff (*pro se*), am a citizen of Indianapolis, Indiana.

    A.  From 2009-2010, I was the Student Body President of the Brownsburg Community School Corporation ("B.C.S.C.") (corporate sovereign 2009-present) in Brownsburg, Indiana.

    B.  From 2013-2014, I was the Student Government Association President of Emory University, Inc. (corporate sovereign 2013-present) in Atlanta, Georgia.

    C.  Through my heritage, by my blood/legal-parents, I am Top 1% of Americans, in terms of income and cash-on-hand.

II.   South Bank Legal is a citizen of the State of Indiana.

    A.  South Bank Legal has an office in Elkhart, Indiana located at 418 S. Main Street Elkhart, Indiana 46515.

3

B.  South Bank Legal has an office in South Bend, Indiana located at 100 E. Wayne Street, Suite 300, South Bend, Indiana 46601.  This is the principal place of business.  On the Indiana Secretary of State's Public Business Search website, Timothy Curran is listed as a manager, and John D. Ladue is listed as the registered agent.

C.  South Bank Legal has an office in Washington, D.C. located at 700 12th Street, NW, Suite 700, Washington, DC 20005.

III.  The University of Notre Dame is a citizen of the State of Indiana.

A.  On January 15, 1844, the University of Notre Dame was approved by the State of Indiana General Assembly as a body and corporate politic.

B.  University of Notre Dame is seated in South Bend, Indiana or Notre Dame, Indiana.

IV.  Defendant-the United Parcel Service, Inc. is a citizen of the State of Delaware.

A.  The United Parcel Service has its corporate offices at 55 Glenlake Parkway, NE, Atlanta, GA 30328, and it is also the location of its principal executive offices.

B.  Carol B. Tome is the Chief Executive Officer of the UPS who also has an office in Atlanta, Georgia.

C.  Nando Cesarone is the Executive Vice President & President of the United States operations at UPS.

D.  Norman M. Brothers, Jr. is the Executive Vice President & Chief Legal and Compliance Officer and the Corporate Secretary at UPS.

E.  UPS' registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, DE 19808, County of New Castle.  The name of its registered agent at this address is Corporation Service Company.  CSC of

Cobb County is located at 192 Anderson Street SE, Suite 125, Marietta, GA, 30060.

F.  The UPS has sufficient contacts in Indiana, in St. Joseph County, and Marion County.

G.  The UPS maintains several stores in Marion County.

H.  The UPS maintains stores in St. Joseph County too.

I.  The UPS makes daily deliveries in Marion County and St. Joseph County.

V.  In 2013, I became a certified Sexual Assault Peer Advocate certified trainee from Emory University, to signal that I oppose sexual assault and battery and to learn "what to say, what not to say, and how to help survivors of sexual assault." https://respect.emory.edu/get-involved.html.

VI.  In 2017, I was hired as an Assistant Rector at Kennan Hall at the University of Notre Dame, and I was almost Green Dot certified, in capacity as a law student, to help the university "focus on the three areas of prevention: interpersonal violence, discrimination and harassment, and mental health." https://greendot.nd.edu/.

VII.  All forms of violence are closely linked with racism.

VIII.  In November 2017, I took a voluntary separation of leave in good standing, with permission from the administration of the University of Notre Dame and a dean at the University of Notre Dame Law School.

IX.  In July or August 2021, I was permanently denied re-admissions to the University of Notre Dame Law School, although they gave me an option to seek admissions as a first-year student again.

X.   On June 12, 2022, I sued the University of Notre Dame. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022).

XI.   On July 5 or 6, the law firm of South Bank Legal submitted a notice of appearance. *Id.* Paul E. Harold and Stephen M. Judge were the signed attorneys from the law firm. *Id.* Mr. Harold and Mr. Judge are also partners at South Bank Legal.

XII.   On July 5 or 6, Mr. Harold and Mr. Judge submitted a Notice of Removal. *Id.*

XIII.   On the same day, Mr. Harold and Mr. Judge submitted the University of Notre Dame's corporate disclosure statement. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.IN. July 8, 2022), Dkt. 6.

XIV.   On the same day, because I have a filing bar in the United States District Court for the Southern District of Indiana, I sought leave, from the Chief Judge of the United States District Court for the Southern District of Indiana, to file my notice of appearance, and in the notice of appearance I disagreed with the corporate disclosure statement and argued that the University of Notre Dame is a governmental corporate entity per its charter approved by the Indiana State General Assembly on January 15, 1844. *Compare In Re Patel*, 1:22-mc-00024-TWP (S.D.IN. 2022), Dkt. 3 *with Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 1:22-cv-01329-JPH-MG (S.D.IN. July 8, 2022), Dkt. 6. *See* Exs. G & H.

XV.   On July 8, the United States District Court for the Southern District of Indiana denied my notice of appearance. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.IN. July 8, 2022), Dkt. 10.

XVI.   Then, on the same day, the United States District Court for the Southern District of Indiana dismissed with prejudice the Notice of Removal. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), Dkts. 11 & 12.

XVII.   On July 12, I emailed Mr. Harold and Mr. Judge with an upcoming filing of a petition for a writ of certiorari. *Patel v. United States*, No. 1:21-cv-02004-LAS (Fed. Cl. 202_), *rev'd in part & aff'd in part*, No. 22-1131 (Fed. Cir. May 19/June 2, 2022), ECF 44, *cert. denied*, No. 22-5280 (U.S. 2022).

XVIII.   On July 14, I submitted a notice of appeal and motion to become *IFP* on appeal in the United States District Court for the Southern District of Indiana. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), Dkt. 13.

XIX.   On July 18, I submitted a new complaint against the University of Notre Dame with no Federal claim. *Raj K. Patel v. Univ. of Notre Dame*, No. 49D12-2207-CT-023814 (Ind. Super. Ct. Marion Cnty. 12 202_).  No attorneys have appeared yet. *Id.*

XX.   On July 18, via e-mail, with a courtesy from the Clerk of the United States Court of Appeals for the Seventh Circuit, I submitted, via e-mail, a motion for leave to become an electronic filer before the United States Court of Appeals for the Seventh Circuit. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), *appeal pending*, No. 22-2251 (7th Cir. 202_), ECF 4.

XXI.    On July 20, the motion for leave to become an electronic filer was denied. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), *appeal pending*, No. 22-2251 (7th Cir. 202_), ECF 6.

XXII.   On July 20, I asked the Clerk of the United States Court of Appeals for the Seventh Circuit if a courtesy would extend to file a second motion to become an electronic filer, as it is now more compliant with the Circuit Rules, but the Clerk's Office said that I will have to file by mail.

XXIII.  Then, the next day, on Thursday, July 21, I printed and mailed, via UPS 2nd AM, South Bank Legal my motion, styled "APPELLANT'S MOTION FOR ELECTRONIC FILING WITH A GOOD REASON CIR. R. 25(c)." *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), *appeal pending*, No. 22-2251 (7th Cir. 202_), ECF ____.  I also mailed, via UPS, the Clerk of the United States Court of Appeals for the Seventh Circuit a copy of the said motion.  *Id.*

XXIV.   On Friday, July 22, I saw that South Bank Legal signed "LOSE" on the UPS proof of delivery.  *See* Ex. A.  I was at the 6850 East 21st Street, Indianapolis, Indiana 46219 location when I opened the tracking feature via e-mail link.  The "File a Claim" option did was neither applicable nor sufficient.

XXV.    Because of my existing stress, the blatant disrespect for the service/process, the on-going United States Court of Appeals Seventh Circuit litigation, and the communal indecency towards my stress-weapon induced diseases/mental problems, I could not focus on anything else but suing South Bank Legal and later the University of Notre Dame and the UPS, which I should have thought about suing

along with South Bank Legal, but for the tort(s) or contractual breaches inflicted upon me which effected my free will and Liberties.  Compl., *Patel v. United States*, No. 1:21-cv-02004-LAS (Fed. Cl. 202_).

XXVI.   On Friday, July 22 and Saturday, July 23, I visited the South Bank Legal website again.  I noticed that there is a paralegal named DeAnn Rose.

XXVII.   Around 11:23pm on Saturday, July 23, I e-mailed the University of Notre Dame, including President Fr. John Jenkins, Vice President and General Counsel Mari-anne Corr, and Dean of the Notre Dame Law School G. Marcus Cole, and South Bank Legal, Mr. Harold and Mr. Judge, that will I sue them unless they pay the agreed upon compensation.  *See* Ex. I.  I set the offer to expire at the end of day on Monday, July 25, 2022 at 11:59PM EST.  *Id*.

XXVIII.   Every person listed on South Bank Legal website is white colored.  *See* Ex. F.

XXIX.   Mr. Jesse M. Barrett, J.D., spouse of Her Honor Amy Coney Barrett, Associate Justice of the United States Supreme Court, is a partner at the law firm of South Bank Legal.  Mr. Barrett's South Bank Legal page indicates he works from the South Bank Legal's Washington, D.C. office.  *Id*.

XXX.   Visiting the UPS Store has always been therapeutic, until this happening which has caused fears, intimidations, and paranoia.

   A. In mail and carrier services, the Postmaster General of the United States, as a part of the Mister's/Master's Safe Space policy, arguing that racist assault and battery is likely when race or class differences are present, the Safe Place Policy has been ordered in all United States Postal Services corporate buildings and handlings.  Thus, the Postmaster General of the United States' finding is persuasive and why the executive Authority of the State or the President of the United States, under an appropriate 42

U.S.C. § 1983 ruling, would not enforce a contrary judicial opinion, when evidence is weighed inconsistent with standing Presidential orders. *See* https://www.state.gov/wp-content/uploads/2022/02/United-States-Order-of-Precedence-February-2022.pdf (ranking 25c & above state court judges). And, the Postmaster General's presumption of regularity aids my argument in that Congress has not afforded Defendant, a carrier and mail services, immunity for personal injury of the intentional tort of battery, or even has given Defendant a *de facto* license to battery via its carrier the incumbent Governor or the Honorables of this Federal court. *See e.g., Dep't of Comm. v. New York*, 139 S. Ct. 2551, 2578 (U.S. 2019). In other words, the Postmaster General predicted this behavior and gave additional to its corporate competitors, such as Defendant, and its customers.

XXXI.   I do bring substantive due process and State affairs into the prosecution of this civil action, and my presumption of regularity.

XXXII.  This complaint to this Federal Georgia District Court follows.

<u>**CLAIMS**</u>

All paragraphs from above are incorporated into this section. All of the following claims may be read together, in groups, or individually and each permutation.

Indiana, Georgia, and Delaware applies for each claim below.

CLAIM 1.   **Battery – UPS accessorized or used the UPS signature delivery system to batter me with the light of the UPS in an insolent, rude, or angry manner; in other words, the battery happened by "sight."** *Boyd v. State*, 889 N.E.2d 321, 326 **(Ind. Ct. App. 2008) ("must sense,** *either by sight or sound*, **that a battery has occurred") (italics added). This sight of battery also caused other emotional and parasitic and psychological harm.**

a.  South Bank Legal was being legally approached and in their capacity as representative for the University of Notre Dame du Lac claims in *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022).

b.  U.S. const. amend. XIV.

c.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

d.  Relief:

   i.  Dollar amount for loss of opportunity in money.

   ii.  Dollar amount in money.

   iii.  Punitive damages in money.

   iv.  Consequential damages in money.

   v.  Compensation damages in money.

   vi.  Actual damages in money.

   vii.  Extreme Emotional Distress.

   viii.  Parasitic Damages.

   ix.  All other forms of damages in money.

CLAIM 2.  **Abuse of Process – UPS abused the process that was being had on them in a legitimate legal proceeding before the United States Court of Appeals for the Seventh Circuit.**

a.  U.S. const. amend. XIV.

b.  Indiana law.

c.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

d.  *Trichell v. Midland Credit Mgmt.*, 964 F.3d 990, 1009 (11th Cir. 2020).

e.  *United States v. Hastings*, No. 16-10361 * 5 (11th Cir. Jan. 20, 2017).

 f.  *Estate of Jackson v. Schron* (*In re Fundamental Long Term Care, Inc.*), <u>873 F.3</u>d

  1325, 1346 (11th Cir. 2017).

 g.  Relief:

  i.  Dollar amount for loss of opportunity in money.

  ii.  Dollar amount in money.

  iii.  Punitive damages in money.

  iv.  Consequential damages in money.

  v.  Compensation damages in money.

  vi.  Actual damages in money.

  vii.  Extreme Emotional Distress.

  viii.  Parasitic Damages.

  ix.  All other forms of damages in money.

CLAIM 3.  **Assault – I honestly thought that this injury was going to get worse, such as maybe the computer was going to blank, explode, or even have a "mixed reality" assault or battery carried over on me.**

 a.  <u>U.S. const. amend. XIV</u>.

 b.  Indiana law.

 c.  Georgia Law.

CLAIM 4.  **Trespass – UPS accessorized the Internet and trespassed onto my computer screen and property and residence.**

 a.  <u>U.S. const. amend. XIV</u>.

 b.  Indiana R.F.R.A., <u>I.C. 34-13-9</u> *et seq.*

 c.  Relief:

  i.  Dollar amount for loss of opportunity in money.

  ii.  Dollar amount in money.

    iii.  Punitive damages in money.

    iv.  Consequential damages in money.

    v.  Compensation damages in money.

    vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

    viii.  Parasitic Damages.

    ix.  All other forms of damages in money.

CLAIM 5. **Invasion of Privacy – Intrusion on Seclusion – UPS invaded my privacy through my computer, when I was in my room, by exposing to rude, insolent, and angry behavior.**

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 6. **Appropriation – UPS appropriated my Constitutional styles or property rights of styles/titles which I hold and have per my political offices.**

    a.  U.S. const. amend. XIV.

b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

c. Relief:

    i. Dollar amount for loss of opportunity in money.

    ii. Dollar amount in money.

    iii. Punitive damages in money.

    iv. Consequential damages in money.

    v. Compensation damages in money.

    vi. Actual damages in money.

    vii. Extreme Emotional Distress.

    viii. Parasitic Damages.

    ix. All other forms of damages in money.

CLAIM 7. **Extreme Emotional Distress – UPS unduly exercised their political rights when it attacked me via the UPS' proof of delivery signature verification method.**

a. <u>U.S. const. amend. XIV</u>.

b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

c. Relief:

    i. Dollar amount for loss of opportunity in money.

    ii. Dollar amount in money.

    iii. Punitive damages in money.

    iv. Consequential damages in money.

    v. Compensation damages in money.

    vi. Actual damages in money.

    vii. Extreme Emotional Distress.

    viii. Parasitic Damages.

    ix. All other forms of damages in money.

CLAIM 8.    **Extreme Emotional Distress – UPS unduly exercised their political rights when it attacked me based on race, as I am both through heritage and individual above race, per my social class, as being rich and as a part of the Top 1% of Americans.**

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 9.    **Parasitic Damages – UPS knowing took advanced of my physical and induced mental impairment and induced incapacities; South Bank Legal prejudicially attacked my hormones, which is a lot of what racism comes down to right now.**

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

  v.  Compensation damages in money.

  vi.  Actual damages in money.

  vii.  Extreme Emotional Distress.

  viii.  Parasitic Damages.

  ix.  All other forms of damages in money.

CLAIM 10. **Negligent Entrustment – The UPS could have lend the signature mobile device to South Bank Legal for them to sign; it was irresponsible for this to happen.**

 a.  U.S. const. amend. XIV.

 b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

 c.  Relief:

  i.  Dollar amount for loss.

  ii.  Dollar amount in money.

  iii.  Punitive damages in money.

  iv.  Consequential damages in money.

  v.  Compensation damages in money.

  vi.  Actual damages in money.

  vii.  Extreme Emotional Distress.

  viii.  Parasitic Damages.

  ix.  All other forms of damages in money.

CLAIM 11. **Extreme Emotional Distress – The UPS caused EED to me when I had to see it, which should be a neutral party, when doing service and caused undue stress and fears and paranoia.**

 a.  U.S. const. amend. XIV.

 b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

 c.  Relief:

     i.  Dollar amount for loss of opportunity in money.

    ii.  Dollar amount in money.

   iii.  Punitive damages in money.

   iv.  Consequential damages in money.

    v.  Compensation damages in money.

   vi.  Actual damages in money.

  vii.  Extreme Emotional Distress.

 viii.  Parasitic Damages.

   ix.  All other forms of damages in money.

CLAIM 12.   **Intentional Infliction of Emotional Distress – The UPS knew that upon reading the "LOSE" message via the signature tracking feature, I would be unhappy and possibly could be a thin skull plaintiff.**

  a.  U.S. const. amend. XIV.

  b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

  c.  Relief:

     i.  Dollar amount for loss of opportunity in money.

    ii.  Dollar amount in money.

   iii.  Punitive damages in money.

   iv.  Consequential damages in money.

    v.  Compensation damages in money.

   vi.  Actual damages in money.

  vii.  Extreme Emotional Distress.

 viii.  Parasitic Damages.

   ix.  All other forms of damages in money.

CLAIM 13.   **Parasitic Damages – The UPS by negligently allowing the message to be deliv-ered via its mobile signature feature allowed.**

    a.   U.S. const. amend. XIV.

    b.   Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.   Relief:

        i.   Dollar amount for loss of opportunity in money.

        ii.   Dollar amount in money.

        iii.   Punitive damages in money.

        iv.   Consequential damages in money.

        v.   Compensation damages in money.

        vi.   Actual damages in money.

        vii.   Extreme Emotional Distress.

        viii.   Parasitic Damages.

        ix.   All other forms of damages in money.

CLAIM 14.   **Breach of Confidence – The services rendered by the UPS are meant to be con-fidential or between us, but I now I do not who all has been previewed to con-fidential information.**

    a.   U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

    b.   Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.   Relief:

        i.   Dollar amount for loss of opportunity in money.

        ii.   Dollar amount in money.

        iii.   Punitive damages in money.

        iv.   Consequential damages in money.

        v.   Compensation damages in money.

vi.   Actual damages in money.

vii.   Extreme Emotional Distress.

viii.   Parasitic Damages.

ix.   All other forms of damages in money.

CLAIM 15.   **Breach of Good Faith & Fair Dealing – I cannot use fairly use the "enjoyment of full benefits" of the contract which is also a property right created for the delivery of the court documents and services.** *See also* **42 U.S.C. § 1981 & U.S. const. amend. XIV.  UPS did not give good faith to our contract of delivery of court documents and service, as it allowed the communication to go through.  In fact, UPS allowed South Bank Legal to use the services I paid to use, without my consent, for free.**

   a.   U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

   b.   Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

   c.   Relief:

      i.   Dollar amount for loss of opportunity in money.

      ii.   Dollar amount in money.

      iii.   Punitive damages in money.

      iv.   Consequential damages in money.

      v.   Compensation damages in money.

      vi.   Actual damages in money.

      vii.   Extreme Emotional Distress.

      viii.   Parasitic Damages.

      ix.   All other forms of damages in money.

CLAIM 16.   **Harassment – All defendants either directly or indirectly harassed with the UPS technology; the harassment was also physical, as the light rays made it into me.**

a.  U.S. const. amend. XIV.

b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

c.  Relief:

    i.  Dollar amount for loss of opportunity in money.

    ii.  Dollar amount in money.

    iii.  Punitive damages in money.

    iv.  Consequential damages in money.

    v.  Compensation damages in money.

    vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

    viii.  Parasitic Damages.

    ix.  All other forms of damages in money.

**CLAIM 17.**   **Negligence – Contributory or Comparative – All the Defendants share some sort of responsibility for the harm and injury ensued.**

a.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

c.  Relief:

    i.  Dollar amount for loss of opportunity in money.

    ii.  Dollar amount in money.

    iii.  Punitive damages in money.

    iv.  Consequential damages in money.

    v.  Compensation damages in money.

    vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

    viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 18.   **Appropriation – UPS disrespected me, my social and economic identities, and my omnipresent constitutional titles, which are not political free speech rights, especially since I was in private business.**

    a.  *See also* U.S. const. amend. XIV, §§ 1 & 5 and 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 19.   **Tortious Interference – UPS directly or indirectly interfered in my contractual obligation with the UPS to deliver and process court documents via service.**

    a.  U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

    v. Compensation damages in money.

    vi. Actual damages in money.

    vii. Extreme Emotional Distress.

    viii. Parasitic Damages.

    ix. All other forms of damages in money.

CLAIM 20. **Intentional Infliction of Emotional Distress – UPS knew that the court service and process are sensitive and personal things. All owed a contractual and/or legal duty not to cause a personal injury or harm.**

    a. U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

    b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c. Relief:

       i. Dollar amount for loss of opportunity in money.

       ii. Dollar amount in money.

       iii. Punitive damages in money.

       iv. Consequential damages in money.

       v. Compensation damages in money.

       vi. Actual damages in money.

       vii. Extreme Emotional Distress.

       viii. Parasitic Damages.

       ix. All other forms of damages in money.

CLAIM 21. **Parasitic Damages –**

    a. **All Defendants:** They made my property of using the UPS contract less enjoyable and the full benefits which come with it; that is, service was successful and notice of service received without stress.  They all disrespected and

were unfaithful to my titles; they all caused economic harms. They all exhibited outrageous professional conduct.

b. **UPS:** In addition, UPS took away enjoyment of going into the UPS store and mailing at competitive rates and my previous dealing with the UPS.

c. <u>U.S. const. amend. XIV</u>.  *See also* <u>42 U.S.C. § 1981</u>.

d. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

e. Relief:

    i.   Dollar amount for loss of opportunity in money.

    ii.  Dollar amount in money.

    iii. Punitive damages in money.

    iv.  Consequential damages in money.

    v.   Compensation damages in money.

    vi.  Actual damages in money.

    vii. Extreme Emotional Distress.

    viii. Parasitic Damages.

    ix.  All other forms of damages in money.

CLAIM 22.   **Liability – All Defendants qualify for liability to be paid to me. Liability should be calculated specifically per my social classes and as being rich and as a part of the Top 1% of Americans. Where appropriate, this should factor into duty, breach, and causation too.**

a. **Joint** – Since the harm is indivisible, the harm should be paid by each defendant.

    i.   **UPS:** Lifetime competitive mailing rates; monetary damages.

b. **Severable** – Each Defendant should be liable for its portion.

c. **Joint & Severable** – Each Defendant should pay for the totality of harm it cost me.

d. U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

e. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

f. Relief:

    i. Dollar amount for loss of opportunity in money.

    ii. Dollar amount in money.

    iii. Punitive damages in money.

    iv. Consequential damages in money.

    v. Compensation damages in money.

    vi. Actual damages in money.

    vii. Extreme Emotional Distress.

    viii. Parasitic Damages.

    ix. All other forms of damages in money.

CLAIM 23.    *Res ipsa loquitur* **– Without each defendant the negligence and injuries would not have happened.  Even if each defendant is not negligent, then my injury is still not explained. I did not put myself in harms way voluntarily.**

a. **UPS:** The technology or technologies are in full control of the defendants, especially UPS.  This type of injury while delivery of court documents or service/process does not happen with the negligence of each defendant, especially UPS.  Further, UPS had a contract with me to deliver.

b. U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

c. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

d. Relief:

    i. Dollar amount for loss of opportunity in money.

      ii.   Dollar amount in money.

     iii.   Punitive damages in money.

     iv.   Consequential damages in money.

      v.   Compensation damages in money.

     vi.   Actual damages in money.

     vii.   Extreme Emotional Distress.

    viii.   Parasitic Damages.

     ix.   All other forms of damages in money.

CLAIM 24. **Causation –**

  a. **But For / Substantial Causal Factor –**

    i. **UPS:** UPS and I are in a contract of delivery, with the knowledge that court documents are included for process; without its technology, these torts would not be possible.  UPS is a substantial causal factor.

  b. **Proximate Cause –**

    i. **UPS:** UPS and I are in a contract, and it breached it duty not to abuse process; proximate cause may be assumed because of our contractual obligation.  Further, for each tort, UPS provided the technology necessary, and without access to the UPS tracker, I would not have been injured.

  c. **Direct Cause –**

    i. **UPS:** UPS and I in a contract; it breached good faith and fair dealing which caused injury to me; it should have deflected South Bank Legal's blatant and obviously rude, insolent, violent communication via its UPS signature pad.

  d. U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

25

e.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

f.  Relief:

     i.  Dollar amount for loss of opportunity in money.

     ii.  Dollar amount in money.

     iii.  Punitive damages in money.

     iv.  Consequential damages in money.

     v.  Compensation damages in money.

     vi.  Actual damages in money.

     vii.  Extreme Emotional Distress.

     viii.  Parasitic Damages.

     ix.  All other forms of damages in money.

CLAIM 25.  **Breach of Agency -- UPS served as a my agent, in a principal-agent relationship, via contract, to deliver mail, and it breached the fiduciary relationship of the law of agency.**

a.  Indiana, Georgia, and Delaware law.

b.  Relief:

     i.  Dollar amount for loss of opportunity in money.

     ii.  Dollar amount in money.

     iii.  Punitive damages in money.

     iv.  Consequential damages in money.

     v.  Compensation damages in money.

     vi.  Actual damages in money.

     vii.  Extreme Emotional Distress.

     viii.  Parasitic Damages.

     ix.  All other forms of damages in money.

## DEMAND FOR RELIEF

WHEREFORE, The Excellent, The Excellent Raj K. Patel, with the interest further decency within our Nation and upholding our Constitution, asks this Federal Georgia Court to enter judgement in His Excellency, His Excellency's favor and grant either all or some of the following relief:

1. Relief described in the claims section above.

2. Rectify academic information.

3. Award earned damages, at least nominal damages.

4. Other remedies which the court might deem fit, including because of the attack on my celebrity.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

J.D. Candidate, Notre Dame L. Sch. 2015-2017
President/Student Body President, Student Gov't Ass'n of
    Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
Student Body President, Brownsburg Cmty. Sch.
    Corp./President, Brownsburg High Sch. Student Gov't
    2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the
    Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High
    Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-
    2010
Vice President of Fin. (Indep.), Oxford C. Republicans of
    Emory U., Inc. 2011-2012

## CERTIFICATE OF INTEREST

I, THE EXCELLENT, THE EXCELLENT Raj K. Patel (pro se), am appearing without counsel, like I did in the courts below. Giving Full Faith to the United States Constitution, I use the Authority of my omnipresent Styles and Office in these proceedings into which I avail myself. U.S. const. art. IV, § 1 & amend. XIV, & art. VI, § 1 referring to the Treaty of Paris (1783) & Paris Peace Treaty – Cong. Proclamation of Jan. 14, 1784.

I have completed five (5) out of the six (6) semesters of my juris dr. candidacy at the U. of Notre Dame L. Sch. in South Bend, IN., where I was enrolled from August 2015 to November 2017, and I have completed sixty-eight (68) out of the ninety (90) credit hours for a juris dr. candidacy at the Notre Dame L. Sch.

Such, I have completed the minimum number of credit hours required by the accrediting Am. B. Ass'n ("A.B.A.") to allow a law school to accredit me a juris dr. degree.

Amongst the grades in my juris dr. academic courses I received at the Notre Dame L. Sch., I received an A-/A in contracts law, an A-/A in civil procedure, and a B/A in constitutional law, while under Weapon S. In the summer of 2016, I worked as summer associate with the City of Atlanta Law Department in Atlanta, GA. In the summer of 2017, I worked as a summer associate at Barnes & Thornburg LLP in Indianapolis, IN.

And, I hold a Bachelor of Arts in Poli. Sci. and *cum laude* in Religion from Emory U., Inc. of Atlanta, Georgia, and I attended both Oxford College and Emory College, and graduated, in 2014, with a 3.718/4.0 grade point average with no pass/fail grades.

Emory U., Inc. is ranked as a top-20 or top-25 *U.S. News* Tier 1 best national university, and the Notre Dame L. Sch. is ranked as a *U.S. News* Top 25 best law school in the United States.

I was Student Body President of the Brownsburg Cmty. Sch. Corp. from 2009-2010 and Student Body President of Emory U., Inc. from 2013-2014. I was also the Notre Dame L. Sch. Student B. Ass'n Rep. to the Ind. State B. Ass'n from September 2017 to November 2017. All jurisdictions are "local" and with an "international" constituency.

Each time I was elected Student Body President, I attained thenceforth omnipresent Styles ("THE EXCELLENT" for each election) which are protected by both the Privileges & Immunities Clause and Privileges or Immunities Clause of the United States Constitution. U.S. const. art. IV, § 2, cl. 1 & amend. XIV, § 1, cl. 2. *See generally* Federalist 80 & *Printz v. United States*, 521 U.S. 898, 918 (1997) quoting *Principality of Monaco v. Mississippi*, 292 U.S. 313, 322 (1934).

I have not received legal advice or counsel from anyone else for this case.

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing *Pro Se* Complaint on 10/18/2022 to below individuals via the Clerk of Court:

**United Parcel Service ("UPS")**
**c/o CSC of Cobb County**
192 Anderson Street SE, Suite 125
Marietta, GA, 30060

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: October 18, 2022

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| _____ <br> *Plaintiff(s)* <br><br> v. <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

Chrome File Edit View History Bookmarks Profiles Tab Window Help Sat Jul 23 11:20:05 PM

Tracking | UPS - United States × +

ups.com/WebTracking/processInputRequest?tracknum=1Z8T3KM50700254554&loc=en_US&requester=ST/trackdetails [redacted]

About UPS Locations United States - English

Shipping Tracking Business Solutions Support

R

Your shipment from

## RAJ PATEL

Delivered On

**Friday, July 22 at 10:58 A.M. at Front Desk**

Track Another Package

Track

**Delivered To**

100 E WAYNE ST
3 300
SOUTH BEND, IN 46601 US

**Received By:**

LOSE
Proof of Delivery

Get Updates › File a Claim View Details

Feedback

UPS Freight Less-than-Truckload ("LTL") transportation services are offered by TFI International Inc., its affiliates or divisions (including without limitation TForce Freight), which are not affiliated with United Parcel Service, Inc. or any of its affiliates, subsidiaries or related entities ("UPS"). UPS assumes no liability in connection with UPS Freight LTL transportation services or any other services offered or provided by TFI International Inc. or its affiliates, divisions, subsidiaries or related entities.

**This Site** | **Other UPS Sites** | **Connect With Us**

Tracking | About UPS | Facebook

Ask UPS

[redacted]



# EXHIBIT B



# EXHIBIT C

Chrome File Edit View History Bookmarks Profiles Tab Window Help Sat Jul 23 11:20:29 PM

Tracking | UPS - United States

ups.com/WebTracking/processInputRequest?tracknum=1Z8T3KM50700254554&loc=en_US&requester=ST/trackdetails

[redacted]

Shipping Tracking

Your shipment from

RAJ PATEL

Delivered On

Friday, July 22 at 10:58 A.

Delivered To

100 E WAYNE ST
3 300
SOUTH BEND, IN 46601 US

Get Updates

Last Updated: 07/23/2022 11:19 P.M. EST

Shipment Details | Shipment Progress

| | |
|---|---|
| 07/22/2022<br>10:58 A.M. | **Delivered**<br>DELIVERED<br>SOUTH BEND, IN, US |
| 07/22/2022<br>9:23 A.M. | **Out for Delivery**<br>Out For Delivery Today<br>South Bend, IN, United States |
| 07/22/2022<br>8:30 A.M. | **On the Way**<br>Processing at UPS Facility<br>South Bend, IN, United States |
| 07/22/2022<br>6:23 A.M. | Arrived at Facility<br>South Bend, IN, United States |
| 07/22/2022<br>3:44 A.M. | Departed from Facility<br>Plainfield, IN, United States |
| 07/22/2022<br>12:11 A.M. | Arrived at Facility<br>Plainfield, IN, United States |
| 07/21/2022<br>11:43 P.M. | Departed from Facility<br>Indianapolis, IN, United States |
| 07/21/2022<br>10:35 P.M. | Origin Scan<br>Indianapolis, IN, United States |
| 07/21/2022<br>8:20 P.M. | The UPS Store® printed and applied the shipping label.<br>United States |
| 07/21/2022<br>4:20 P.M. | Drop-Off<br>Indianapolis, IN, United States |
| 07/21/2022<br>2:46 P.M. | **Label Created**<br>Shipper created a label, UPS has not received the package yet. |

ocations United States - English

UPS Freight Less-than-Truckload ("LTL") any of its affiliates, subsidiaries or relate divisions, subsidiaries or related entities

iated with United Parcel Service, Inc. or TFI International Inc. or its affiliates.

This Site

Ask UPS

[redacted]



7/23/22, 11:53 PM                                      Shipment Receipt | UPS

 Shipment Receipt          July 23, 2022                    1Z8T3KM50700254554

# EXHIBIT D

## Where

Ship From
RAJ PATEL
6850 EAST 21ST STREET, INDIANAPOLIS, IN 46219
3174506651

Ship To
SOUTHBANK LEGAL: LADUE CURRAN KUEHN, P.E.
HAROLD & S. M. JUDGE
100 E. WAYNE STREET, SUITE 300, SOUTH BEND, IN
46601
pharold@lck-law.com, 5749680760

## What

**Package 1 - 1Z8T3KM50700254554**

Weight
0.1 lbs

Dimensions
UPS Letter

# Service Details - UPS 2nd Day Air A.M.

## Additional Options

Email Notifications: rajp2010@gmail.com

## Payment

Bill Shipping Charges To: Payment Card
Associated Shipper's Account: ███████

## Shipping Total

Shipping Fees

| | |
|---|---|
| UPS 2nd Day Air A.M. | 21 |
| **Package 1** | |
| Fuel Surcharge | 4 |

Transportation Charges: for services listed as guaranteed, refunds apply to transportation charges only. See Terms and Conditions in the Service Guide for details. Certain commodities and high value shipments may require additional transit time for customs clearance.

Subtotals

| | |
|---|---|
| Shipping Fees | 25 |
| Combined Charges | 25 |
| Contract Rate | 14 |
| Published Charges: 25 | |
| **Total (with taxes and discount)** | 0 |

Rate excludes VAT. Rate includes a fuel Surcharge, but excludes taxes, duties and other charges that may apply to the shipment.
Your invoice may vary from the displayed reference rates

Note: This document is not an invoice.

All shipments are subject to the UPS Tariff/Terms and Conditions of Service ("UPS terms") in effect on the date of shipment, which are available at www.ups.com/terms. Pursuant to the UPS Terms, UPS's maximum liability for loss or damage to each domestic package or international shipment is limited to $100, unless the shipper declares a greater value in the declared value field of the UPS shipping system used and pays the applicable charge (in which case UPS's maximum liability is the declared value). Special terms apply to some services and articles. Please review the UPS Terms for liability limits, exclusions from liability, maximum declared values, prohibited items, and other important terms of service. The shipper agrees that in the absence of a greater declared value, $100 value is a reasonable limitation under the circumstances of the transportation. Claims not timely made (generally noticed within sixty days and filed within nine months, but filed within sixty days for international shipments) are deemed waived and will not be paid. See the UPS Terms for details. Under no circumstances will UPS be liable for any special, incidental, or consequential damages.

1/1

7/23/22, 11:53 PM                                          View/Print Label

**View/Print Label**                 # EXHIBIT E

1. **Ensure there are no other shipping or tracking labels attached to your package.**  Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Take your package to any location of The UPS Store®, UPS Access Point™ (TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.

FOLD HERE



1/1

 SouthBank Legal **EXHIBIT F**   ≡

## OUR TEAM



 SouthBank Legal                                                              



JOSEPH E. CAVELLO



 **SouthBank Legal**





JOHN A. CONWAY



 **SouthBank Legal** 



GEORGE S. CRESSY, III



MARK F. CRINITI

 



TIMOTHY M. CURRAN

 

Our Team - SouthBank Legal

 



MATTHEW C. DEPUTY



 SouthBank Legal 



JOHN FALVEY



JAMES M. HAIGH



 SouthBank Legal 



ERIN LINDER HANIG



 SouthBank Legal





PAUL EDGAR HAROLD



 SouthBank Legal                    



TRACY KRING



 SouthBank Legal 



R. JOHN KUEHN



 



JOHN D. LADUE



JONATHAN S. LAWSON

 SouthBank Legal 



PATRICK J. O'REAR



 **SouthBank Legal**          



DEANN ROSE



 **SouthBank Legal**                                    



DAVID A. TEMELES, JR.



DANIEL J. VENARD



 SouthBank Legal 



EMILY WITT



 SouthBank Legal                                    



HOLLY WYRICK

## REPRESENTATIVE
## FIRM CLIENTS

on Transmission · Amazon · Barclays
rest River · FOX Corp. · GE · General
val · Shopify · Sony · The Home Depo

 SouthBank Legal

☰

**P:** 574-968-0760
**F:** 574-968-0761

# 418 S. Main Street
# Elkhart, Indiana 46515

## SOUTH BEND, INDIANA

**P:** 574-968-0760
**F:** 574-968-0761

# 100 E. Wayne Street,
# Suite 300
# South Bend, Indiana 46601

## WASHINGTON, D.C.

**P:** 202-904-2410
**F:** 202-697-5053

# 700 12th Street, NW,
# Suite 700
# Washington, DC 20005

Our Team - SouthBank Legal

 SouthBank Legal

≡

bout

Pract'ce Areas

Contact

in

2022 Sou   Bar     ,   Rig          S       Te rms   C  o                    D

# EXHIBIT G

### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF INDIANA

<table>
<tr><td>

THE EXCELLENT THE EXCELLENT
RAJ K. PATEL, from all capacities,

<div align="right"><em>Plaintiff</em></div>

v.

THE UNIVERSITY OF NOTRE DAME
DU LAC

<div align="right"><em>Defendant</em></div>

</td><td>

No. 1:22-cv-01329-JPH-MG

Dated: July 6, 2022

</td></tr>
</table>

**RECEIVED**

**2:55 pm, Jul 06, 2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

### PLAINTIFF (PRO SE)-RAJ K. PATEL'S
### NOTICE OF APPEARANCE

I, T.E., T.E Raj K. Patel (*pro se*), the plaintiff, will represent myself, and I hereby
enter my appearance with the Court:

1. I filed the Operative State Court Complaint at Dkt. 1-2 in the Superior Court of
   the State of Indiana, No. 49D05-2206-CC-019517, against the University of Notre
   Dame du Lac, is a governmental body corporate and politic approved by the
   Indiana State General Assembly in January 15, 1844. IC 34-13-9-6-3. *Contra*. Def.
   University of Notre Dame's Corporate Disclosure Statement, Dkt. 6 ("Notre
   Dame is a non-governmental corporate party.").

2. My street and mailing address are the same:

   > 6850 East 21st Street
   > Indianapolis, IN 46219

3. I am able to and willing to appear either in person or over computer or mobile
   device.

4. I will accept service by e-mail at either rajp2010@gmail.com or raj@rajpatel.live.

- 1 -

5. If I decide to be represented by an attorney in the future, either my attorney or I will notify the Court of the change IMMEDIATELY.

6. This form has been served on all other parties and Certificate of Service is attached.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

- 2 -

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Plaintiff's *Pro Se* Notice of Appearance on 07/06/2022 to below individuals via e-mail:

**Paul E. Harold**
SOUTHBANK LEGAL: LADUE CURRAN KUEHN
100 East Wayne Street  Suite 300
South Bend, IN 46601
Phone: 574-968-0760
Fax: 574-968-0761
Email: pharold@lck-law.com

**Stephen M. Judge**
SOUTHBANK LEGAL: LADUE CURRAN KUEHN
100 E. Wayne Street  Suite 300
South Bend, IN 46601
Phone: 574-968-0760
Fax: 574-968-0761
Email: sjudge@southbank.legal

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: July 6, 2022

- 3 -

# EXHIBIT H

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RAJ K. PATEL, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| THE UNIVERSITY OF NOTRE DAME | ) | |
| DU LAC, | ) | |
| | ) | |
| *Defendant*. | ) | |

### DEFENDANT UNIVERSITY OF NOTRE DAME'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant University of Notre Dame ("Notre Dame") hereby submits its Corporate Disclosure Statement, stating:

1.     Notre Dame is a non-governmental corporate party.

2.     Notre Dame does not have a parent corporation, and no publicly held corporation owns 10% or more of Notre Dame's stock.

3.     Notre Dame is an Indiana nonprofit corporation with its principal place of business in Notre Dame, Indiana.

4.     Notre Dame is organized exclusively for charitable, religious, educational, and scientific purposes within the meaning of 501(c)(3) of the Internal Revenue Code.

Dated:  July 5, 2022                        Respectfully submitted,


                                            /s/ Stephen M. Judge
                                            Paul Edgar Harold
                                            Stephen M. Judge
                                            SOUTHBANK LEGAL
                                            100 E. Wayne St., Suite 300
                                            South Bend, IN 46601
                                            Tel. (574) 968-0760
                                            Fax (574) 968-0761
                                            pharold@southbank.legal
                                            sjudge@southbank.legal

                                            *Attorneys for Defendant*
                                            *University of Notre Dame*



                            **CERTIFICATE OF SERVICE**

        I certify that on July 5, 2022, I caused, the foregoing document to be served

upon the following person via First Class U.S. Mail postage prepaid:

        Raj K. Patel
        6850 East 21st Street
        Indianapolis, IN 46219


                                            /s/ Stephen M. Judge
                                            Stephen M. Judge

 **Gmail**                    **EXHIBIT I**                    Raj Patel <raj@rajpatel.live>

## Re: I'll sue South Bank Legal for Battery
1 message

**Raj Patel** <raj@rajpatel.live>                                             Sun, Jul 24, 2022 at 1:13 AM
To: Marianne Corr <mcorr1@nd.edu>, Marianne.Corr.10@nd.edu, gencoun@nd.edu, Office of the President
<president@nd.edu>, gcole2@nd.edu, pharold@southbank.legal, sjudge@southbank.legal

Give me an answer by 11:59EST Monday, July 25, 2022.


On Sun, Jul 24, 2022 at 12:02 AM Raj Patel <raj@rajpatel.live> wrote:
Give me ████ or a complaint will follow with more damages.

On Sat, Jul 23, 2022 at 11:23 PM Raj Patel <raj@rajpatel.live> wrote:
Your paralegal Rose might have had a BIG typo.

"Lose" seems to be psychological battery -- unlawful use of a weapon.

Sincerely,

Raj Patel



