UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAJ K. PATEL,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED PARCEL SERVICE, INC.<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-4169-MLB |

## J U D G M E N T

This action having come before the court, the Honorable Michael L. Brown, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915(e)(2), and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** for lack of subject matter jurisdiction.

Dated at Atlanta, Georgia, this 24th day of April, 2023.

                KEVIN P. WEIMER
                CLERK OF COURT


            By:  s/ T. Frazier
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 24, 2023
Kevin P. Weimer
Clerk of Court

By:  s/ T. Frazier
    Deputy Clerk