FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

MAY 0 1 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

THE EXCELLENT THE
EXCELLENT RAJ K. PATEL, from
all capacities,

*Plaintiff*

v.

THE UNITED PARCEL SERVICE,
INC. ("UPS"),

*Defendant*

No. 1:22-cv-04169-MLB

Dated: April 28, 2023

## PLAINTIFF'S MOTION TO RECONSIDER AND MOTION FOR LEAVE

I, T.E., T.E. Mr. Raj K. Patel (*pro se*) (approved *IFP*), from the basis of the United States, absolute magistrate, respectfully move this United States District Court for the Northern District of Georgia, based on § 1332 diversity of citizenship jurisdiction, move this court to reconsider at Dkt. 6.

I.   The complaint is based on diversity jurisdiction with over $75,000.00 in damages. While the Plaintiff who is suffering from mental stress forgot to include the amount requested, it is reasonable to assume that the amount in controversy is over $75,000. Plaintiff also cites § 1332. Defendant was not prejudiced because Plaintiff has notice on an identical complaint filed in the Georgia State Court of Fulton County.

1

Patel v. United Parcel Servs., Inc., No. 22-EV-6013 (Ga. St. Ct., Fulton

Cnty. 202_). **$603,267,485.00 is requested.**

II.    The concrete injury is a breach of contract, a tort-contracts claim, civil

rights torts for battering plaintiff under protected free speech of

grievance, or torts claim, all which are permissively under § 1332. 42

U.S.C. §§ 1981-82.  Defendant's "control" might also be the United

States, and Plaintiff might find it material to move to pierce

Defendant's corporate veil or alter ego. Upjohn Co. v. United States,

449 U.S. 383, 388-9 & 393 (1981) ("zone of silence;" "control group;"

and "substantial role"). Cf. 28 U.S.C. § 2680(h).

III.   The claim is warranted because Defendant is not immune to suit. Cf.

Dkt. 6 at 4.  First, under the common law, Plaintiff, in both is personal,

individual-U.S. natural born-human-person capacity and his capacities

individually and together with each Excellency, is Ordered, rank-and-

filed above Defendant.  In other words, sovereignty is vested in each

natural person who is a natural-born and corporate sovereignty is lesser

than natural sovereign, consistent with the contraction Constitutional

Law.  U.S. const. art. IV, § 2 & amend. XIV, § 1.  Congress has agreed

that it cannot assign immunity greater to the sovereignty of natural

person        and        is        left        upto        the        judicature.

2

https://constitution.congress.gov/browse/essay/artIV-S2-C1-

4/ALDE_00013780/ ("Congress generally lacks power to enact

enforcement legislation under the Clause, which is instead left to the

states and the judicial process."). Generally, nobody has a right to touch

you. Second, consistent with the Fulton State Court and the Indiana

Court of Appeals, defendant is not immune. It is plain and simple

constitutional law. See also U.S. Term Limits, Inc. v. Thornton, 514

U.S. 779, 840 (1995).[1] And, it is illegal to discriminate against South

Asian descendants.

IV. The Law is our own reality, and the Supreme Court has called it legal

fiction. Dkt. 2 at 33, Ex. A. Plaintiff lays out several claims and

possibilities that all permissive under the Fed. R. Civ. P. Dkt. 2 at 33,

---

1. "In a republican government, like ours,...political power is reposed in representatives of the entire body of the people." here can be no doubt, if we are to respect the republican origins of the Nation and preserve its federal character, that there exists a federal right of citizenship, a relationship between the people of the Nation and their National Government, with which the States may not interfere. Once the National Government was formed under our Constitution, the same republican principles continued to guide its operation and practice. As James Madison explained, the House of Representatives "derive[s] its powers from the people of America," and "the operation of the government on the people in their individual capacities" makes it "a national government," not merely a federal one. Id., No. 39, at 244, 245 (emphasis deleted). The Court confirmed this principle in McCulloch v. Maryland, 4 Wheat. 316, 404-405 (1819), when it said: "The government of the Union, then,...is, emphatically, and truly, a government of the people. In form and in substance it emanates from them. *Its powers are granted by them, and are to be exercised directly on them, and for their benefit.*" (italics added).

Ex. A. Particularly, the alternative entity (ies) which have battered and are battering Plaintiff is help muster the egg-shell plaintiff rule, parasitic damages claim, and other claims and the law of damages. Cf. Dkt. 6 at 5-6.

V.   Law cannot be "'abuse[d],'" even though law is oft said to be built against the perils which only belong to humanity, and this "objective" ideology is unconstitutional and has competed and competes against Ordered Liberty and Justice. H. J. Inc. v. Nw. Bell Tel. Co., 492 U.S. 229, 249 (1989). Cf. U.S. const. amend. I & XIV and 42 U.S.C. §§ 2000bb et seq.

VI.  Nevertheless, stateness is at 58%, and this court has the "unflagging obligation...to exercise jurisdiction given to [it]" to aid the Chief of State and the enforcer to enforce this court's ruling under the United States Constitution, especially because the right to contract/compact is the highest human right. Colo. River Water Conservation Dist. v. United States, 424 U.S. 800, 817 (1976)) cited in E. Trans-Waste of Md., Inc. v. Dist. of Columbia, No. 05-CV-0032-PLF * 3 (D.D.C. Jan. 23, 2006). Alden v. Maine, 527 U.S. 706, 774 (1999) ("Now although promises and pacts are as binding upon the conscience of a [seat] as upon that of any private citizen...). Id., 527 U.S. at 716 & 766 (higher

4

and lower courts in an empire).  Vermilya-Brown Co. v. Connell, 335

U.S. 377 (1948); cf. United Bldg. Constr. Trades v. Mayor, 465 U.S.

208, 225 (1984) (the "basis of the union" is meant as the "basis of

society"); Talbot v. Janson, 3 U.S. 133, 139-40, 142, 153, 160, 162, 164

(1795) ("law of society" (little green men running around) v. law of the

state) (when the State and State figures are affronted and prevented

from being) (right to contract/compact is the highest law and human

right!); and see Federalist Nos. 42 & 80.  "Honest services" and 42

U.S.C. § 1981-82, such as personal property, including but not limited

to harm to reputation, i.e. Ordered Liberty, and being cognizant in the

upcoming foreseeable enjoyment of property to prevent the "reasonably

foreseeable economic harm."  28 U.S.C. §§ 1341 et seq. United States

v. DeVegter, 198 F.3d 1324 (11th Cir. 1999) (applicable to tribunals).

## CONCLUSION

Therefore, I move that this United States District Court for the Northern

District of Georgia:

- **Reconsider** its order at ECF 6;

- **Give leave** for the amendment of the complaint which is attached as
  Addendum A; and

5

- **Proceed** with service of summons, complaint, discovery, and other matters.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Mr. Raj K. Patel, AA, BA (pro se)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

T.E. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)

T.E. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)

Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017

Deputy Regional Director, Young Democrats of Am.- High Sch. Caucus 2008-2009

Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010

Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Jill Long Thompson for Governor (2008)

Volunteer, Barack Obama for Am. (2008)

6

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. (2014)

Former J.D. Candidate, Notre Dame L. Sch.

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing *Pro Se* Motion to Reconsider on 4/28/2023 to below individuals via the Clerk of Court:

**United Parcel Service ("UPS")**
**c/o CSC of Cobb County**
192 Anderson Street SE, Suite 125
Marietta, GA, 30060
ctome@ups.com
nbrothers@ups.com

**The United Parcel Service**
**c/o Raymond Seach, Esq. [in the Ind. Ct. App.]**
500 N. Meridian Street, Suite 550
Indianapolis, IN 46204
317--636-8000(W)
rseach@rbelaw.com

**The United Parcel Service**
**Allen Lightcap [in the Ga. St. Ct., Fulton Cnty.]**
Mayer & Harper, LLP
50 Hurt Plaza, Suite 1640
Atlanta, GA 30303
(p) 404-989-4445
(f) 404-832-8203
alightcap@mayerharper.com

  Respectfully submitted,


  /s/ Raj Patel
  T.E., T.E. Raj K. Patel, AA, BA (*Pro Se*)
  6850 East 21st Street
  Indianapolis, IN 46219
  317-450-6651 (cell)
  rajp2010@gmail.com
  www.rajpatel.live

Dated: April 28, 2023

# ADDENDUM A

No. 1:22-cv-4169-MLB

# In The United States District Court for the Northern District of Georgia

THE EXCELLENT THE EXCELLENT RAJ K. PATEL,
from all capacities,

*Plaintiff*

v.

THE UNITED PARCEL SERVICE, INC. ("UPS"),

*Defendant.*

PENDING CIVIL ACTION

### *PRO SE* **AMENDED COMPLAINT**

T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
rajp2010@gmail.com
www.rajpatel.live
317-450-6651

April 28, 2023

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA

THE EXCELLENT THE EXCELLENT
RAJ K. PATEL, from all capacities,

*Plaintiff*

v.

THE UNITED PARCEL SERVICE, INC.
("UPS"),

*Defendant*

No. 1:22-cv-04169-MLB

Dated: April 28, 2023

### TABLE OF CONTENTS

PARTIES.................................................................................................................2

SUBJECT-MATTER JURISDICTION ...................................................................3

STATEMENT OF FACTS ......................................................................................3

CLAIMS................................................................................................................10

DEMAND FOR RELIEF ......................................................................................27

CERTIFICATE OF INTEREST............................................................................29

CERTIFICATE OF SERVICE ..............................................................................30

### *PRO SE* AMENDED COMPLAINT

I, T.E., T.E. Mr. Raj K. Patel (*pro se*), respectfully move this United States District Court for the Northern District of Georgia for recovery in intentional civil torts. The law firm of South Bank Legal: Ladue Curran Kuehn, PLLC or UPS signed "LOSE" as the signature for proof of delivery of United States Court of Appeals for the Seventh Circuit documents, which were sent on Thursday, July 21, 2022 by me and received on Friday, July 22, 2022 by South Bank Legal. *See* Ex. A. South Bank Legal battered me with the light rays in an area I was not expecting. While I do not know who exactly signed the UPS proof of delivery, it could have been one of the firm's paralegals with the last name

1

"Rose." Ex. F. I also believe that South Bank Legal's civil tort is racially motived, as some Asians cannot say or distinguish between the "r" or "l" sound, specifically the Korean race. 42 U.S.C. 1981. South Bank Legal from a related case and documents I have served them know that I also studied aboard at Yonsei University in Seoul, South Korea; to the best of my knowledge the South Koreans speak English-United States rather than English-United Kingdom because of the United States Military presence there. Further, as South Bank Legal and the University of Notre Dame knows, I am not in the best psychological and emotional state already. I feel attacked in all my legal, political, and personal capacities.

"A battery is the knowing or intentional touching of a person against [his] [her] will in a rude, insolent, or angry manner." *Wallace v. Rosen*, 765 N.E.2d 192, 196 (Ind. Ct. App. 2002). *Boyd v. State*, 889 N.E.2d 321, 326 (Ind. Ct. App. 2008) ("must sense, *either by sight or sound*, that a battery has occurred") (italics added). *Jefferson Ins. Co. v. Dunn*, 269 Ga. 213, 216 (Ga. 1998) ("arose out of" and "caused by" language). *Wilkins v. Wal-Mart Stores E., LP*, No. 1:20-cv-54-MLB * 27 (N.D. Ga. June 29, 2021) ("lust").

## PARTIES

PLAINTIFF: CITIZEN OF INDIANA.

> **Raj Patel**
> 6850 East 21st Street
> Indianapolis, IN 46219
> 317-450-6651
> raj@rajpatel.live
> rajp2010@gmail.com

DEFENDANT, CITIZEN OF GEORGIA:

> **UNITED PARCEL SERVICE, INC. ("UPS")**
> 55 Glenlake Parkway, NE
> Atlanta, GA 30328
> Corporate office: 1-404-828-6000

2

**UPS**
**c/o Carol B. Tome, Chief Executive Officer**
55 Glenlake Parkway, NE
Atlanta, GA 30328
Phone: 1-404-828-6000
ctome@ups.com

**UPS**
**c/o Norman M. Brothers, Jr., EVP & Chief Legal and Compliance Officer**
55 Glenlake Parkway, NE
Atlanta, GA 30328
Phone: 1-404-828-6000
nbrothers@ups.com

## SUBJECT-MATTER JURISDICTION

**[1]** I.C. § 33-29-1.5-2.

## WELL-PLEADED COMPLAINT STANDARDS

"[A] *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

## STATEMENT OF FACTS

I.   I, Raj K. Patel, the Plaintiff (*pro se*), am a citizen of Indianapolis, Indiana.

    A.   From 2009-2010, I was the Student Body President of the Brownsburg Community School Corporation ("B.C.S.C.") (corporate sovereign 2009-present) in Brownsburg, Indiana.

    B.   From 2013-2014, I was the Student Government Association President of Emory University, Inc. (corporate sovereign 2013-present) in Atlanta, Georgia.

    C.   Through my heritage, by my blood/legal-parents, I am Top 1% of Americans, in terms of income and cash-on-hand.

II.  South Bank Legal is a citizen of the State of Indiana.

3

A. South Bank Legal has an office in Elkhart, Indiana located at 418 S. Main Street Elkhart, Indiana 46515.

B. South Bank Legal has an office in South Bend, Indiana located at 100 E. Wayne Street, Suite 300, South Bend, Indiana 46601.  This is the principal place of business.  On the Indiana Secretary of State's Public Business Search website, Timothy Curran is listed as a manager, and John D. Ladue is listed as the registered agent.

C. South Bank Legal has an office in Washington, D.C. located at 700 12th Street, NW, Suite 700, Washington, DC 20005.

III.   The University of Notre Dame is a citizen of the State of Indiana.

A. On January 15, 1844, the University of Notre Dame was approved by the State of Indiana General Assembly as a body and corporate politic.

B. University of Notre Dame is seated in South Bend, Indiana or Notre Dame, Indiana.

IV.   Defendant-the United Parcel Service, Inc. is a citizen of the State of Delaware.

A. The United Parcel Service has its corporate offices at 55 Glenlake Parkway, NE, Atlanta, GA 30328, and it is also the location of its principal executive offices.

B. Carol B. Tome is the Chief Executive Officer of the UPS who also has an office in Atlanta, Georgia.

C. Nando Cesarone is the Executive Vice President & President of the United States operations at UPS.

D. Norman M. Brothers, Jr. is the Executive Vice President & Chief Legal and Compliance Officer and the Corporate Secretary at UPS.

E. UPS' registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, DE 19808, County of New Castle. The name of its registered agent at this address is Corporation Service Company. CSC of Cobb County is located at 192 Anderson Street SE, Suite 125, Marietta, GA, 30060.

F. The UPS has sufficient contacts in Indiana, in St. Joseph County, and Marion County.

G. The UPS maintains several stores in Marion County.

H. The UPS maintains stores in St. Joseph County too.

I. The UPS makes daily deliveries in Marion County and St. Joseph County.

V. In 2013, I became a certified Sexual Assault Peer Advocate certified trainee from Emory University, to signal that I oppose sexual assault and battery and to learn "what to say, what not to say, and how to help survivors of sexual assault." https://respect.emory.edu/get-involved.html.

VI. In 2017, I was hired as an Assistant Rector at Kennan Hall at the University of Notre Dame, and I was almost Green Dot certified, in capacity as a law student, to help the university "focus on the three areas of prevention: interpersonal violence, discrimination and harassment, and mental health." https://greendot.nd.edu/.

VII. All forms of violence are closely linked with racism.

VIII. In November 2017, I took a voluntary separation of leave in good standing, with permission from the administration of the University of Notre Dame and a dean at the University of Notre Dame Law School.

IX.  In July or August 2021, I was permanently denied re-admissions to the University of Notre Dame Law School, although they gave me an option to seek admissions as a first-year student again.

X.  On June 12, 2022, I sued the University of Notre Dame. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022).

XI.  On July 5 or 6, the law firm of South Bank Legal submitted a notice of appearance. *Id.* Paul E. Harold and Stephen M. Judge were the signed attorneys from the law firm. *Id.* Mr. Harold and Mr. Judge are also partners at South Bank Legal.

XII.  On July 5 or 6, Mr. Harold and Mr. Judge submitted a Notice of Removal. *Id.*

XIII.  On the same day, Mr. Harold and Mr. Judge submitted the University of Notre Dame's corporate disclosure statement. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), Dkt. 6.

XIV.  On the same day, because I have a filing bar in the United States District Court for the Southern District of Indiana, I sought leave, from the Chief Judge of the United States District Court for the Southern District of Indiana, to file my notice of appearance, and in the notice of appearance I disagreed with the corporate disclosure statement and argued that the University of Notre Dame is a governmental corporate entity per its charter approved by the Indiana State General Assembly on January 15, 1844. *Compare In Re Patel*, 1:22-mc-00024-TWP (S.D.I.N. 2022), Dkt. 3 *with Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), Dkt. 6. *See* Exs. G & H.

XV.     On July 8, the United States District Court for the Southern District of Indiana de-

        nied my notice of appearance. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No.

        49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*,

        No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), Dkt. 10.

XVI.    Then, on the same day, the United States District Court for the Southern District

        of Indiana dismissed with prejudice the Notice of Removal. *Raj K. Patel v. Univ.*

        *of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5

        July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), Dkts. 11

        & 12.

XVII.   On July 12, I emailed Mr. Harold and Mr. Judge with an upcoming filing of a pe-

        tition for a writ of certiorari. *Patel v. United States*, No. 1:21-cv-02004-LAS (Fed.

        Cl. 202_), *rev'd in part & aff'd in part*, No. 22-1131 (Fed. Cir. May 19/June 2, 2022),

        ECF 44, *cert. denied*, No. 22-5280 (U.S. 2022).

XVIII.  On July 14, I submitted a notice of appeal and motion to become *IFP* on appeal in

        the United States District Court for the Southern District of Indiana. *Raj K. Patel*

        *v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion

        Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022),

        Dkt. 13.

XIX.    On July 18, I submitted a new complaint against the University of Notre Dame

        with no Federal claim. *Raj K. Patel v. Univ. of Notre Dame*, No. 49D12-2207-CT-

        023814 (Ind. Super. Ct. Marion Cnty. 12 202_). No attorneys have appeared yet.

        *Id*.

XX.     On July 18, via e-mail, with a courtesy from the Clerk of the United States Court

        of Appeals for the Seventh Circuit, I submitted, via e-mail, a motion for leave to

become an electronic filer before the United States Court of Appeals for the Seventh Circuit. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), *appeal pending*, No. 22-2251 (7th Cir. 202_), ECF 4.

XXI.    On July 20, the motion for leave to become an electronic filer was denied. *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), *appeal pending*, No. 22-2251 (7th Cir. 202_), ECF 6.

XXII.    On July 20, I asked the Clerk of the United States Court of Appeals for the Seventh Circuit if a courtesy would extend to file a second motion to become an electronic filer, as it is now more compliant with the Circuit Rules, but the Clerk's Office said that I will have to file by mail.

XXIII.    Then, the next day, on Thursday, July 21, I printed and mailed, via UPS 2nd AM, South Bank Legal my motion, styled "APPELLANT'S MOTION FOR ELECTRONIC FILING WITH A GOOD REASON CIR. R. 25(c)." *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022), *removed*, No. 1:22-cv-01329-JPH-MG (S.D.I.N. July 8, 2022), *appeal pending*, No. 22-2251 (7th Cir. 202_), ECF ____. I also mailed, via UPS, the Clerk of the United States Court of Appeals for the Seventh Circuit a copy of the said motion. *Id.*

XXIV.    On Friday, July 22, I saw that South Bank Legal signed "LOSE" on the UPS proof of delivery. *See* Ex. A. I was at the 6850 East 21st Street, Indianapolis, Indiana 46219 location when I opened the tracking feature via e-mail link. The "File a Claim" option did was neither applicable nor sufficient.

XXV.    Because of my existing stress, the blatant disrespect for the service/process, the
        on-going United States Court of Appeals Seventh Circuit litigation, and the com-
        munal indecency towards my stress-weapon induced diseases/mental problems,
        I could not focus on anything else but suing South Bank Legal and later the Uni-
        versity of Notre Dame and the UPS, which I should have thought about suing
        along with South Bank Legal, but for the tort(s) or contractual breaches inflicted
        upon me which effected my free will and Liberties. Compl., *Patel v. United States*,
        No. 1:21-cv-02004-LAS (Fed. Cl. 202_).

XXVI.   On Friday, July 22 and Saturday, July 23, I visited the South Bank Legal website
        again. I noticed that there is a paralegal named DeAnn Rose.

XXVII.  Around 11:23pm on Saturday, July 23, I e-mailed the University of Notre Dame,
        including President Fr. John Jenkins, Vice President and General Counsel Mari-
        anne Corr, and Dean of the Notre Dame Law School G. Marcus Cole, and South
        Bank Legal, Mr. Harold and Mr. Judge, that will I sue them unless they pay the
        agreed upon compensation. *See* Ex. I. I set the offer to expire at the end of day
        on Monday, July 25, 2022 at 11:59PM EST. *Id*.

XXVIII. Every person listed on South Bank Legal website is white colored. *See* Ex. F.

XXIX.   Mr. Jesse M. Barrett, J.D., spouse of Her Honor Amy Coney Barrett, Associate
        Justice of the United States Supreme Court, is a partner at the law firm of South
        Bank Legal. Mr. Barrett's South Bank Legal page indicates he works from the
        South Bank Legal's Washington, D.C. office. *Id*.

XXX.    Visiting the UPS Store has always been therapeutic, until this happening which
        has caused fears, intimidations, and paranoia.

A. In mail and carrier services, the Postmaster General of the United States, as a part of the Mister's/Master's Safe Space policy, arguing that racist assault and battery is likely when race or class differences are present, the Safe Place Policy has been ordered in all United States Postal Services corporate buildings and handlings.  Thus, the Postmaster General of the United States' finding is persuasive and why the executive Authority of the State or the President of the United States, under an appropriate 42 U.S.C. § 1983 ruling, would not enforce a contrary judicial opinion, when evidence is weighed inconsistent with standing Presidential orders.  *See* https://www.state.gov/wp-content/uploads/2022/02/United-States-Order-of-Precedence-February-2022.pdf (ranking 25c & above state court judges).  And, the Postmaster General's presumption of regularity aids my argument in that Congress has not afforded Defendant, a carrier and mail services, immunity for personal injury of the intentional tort of battery, or even has given Defendant a *de facto* license to battery via its carrier the incumbent Governor or the Honorables of this Federal court. *See e.g., Dep't of Comm. v. New York*, 139 S. Ct. 2551, 2578 (U.S. 2019).  In other words, the Postmaster General predicted this behavior and gave additional to its corporate competitors, such as Defendant, and its customers.

XXXI.   I do bring substantive due process and State affairs into the prosecution of this civil action, and my presumption of regularity.

XXXII.   This complaint to this Federal Georgia District Court follows.

### CLAIMS

All paragraphs from above are incorporated into this section. All of the following claims may be read together, in groups, or individually and each permutation.

10

Indiana, Georgia, and Delaware applies for each claim below.

CLAIM 1.    **Battery – UPS accessorized or used the UPS signature delivery system to batter me with the light of the UPS in an insolent, rude, or angry manner; in other words, the battery happened by "sight."** *Boyd v. State*, **889 N.E.2d 321, 326 (Ind. Ct. App. 2008) ("must sense,** *either by sight or sound,* **that a battery has occurred") (italics added).   This sight of battery also caused other emotional and parasitic and psychological harm.**

      a.  South Bank Legal was being legally approached and in their capacity as representative for the University of Notre Dame du Lac claims in *Raj K. Patel v. Univ. of Notre Dame du Lac*, No. 49D05-2206-CC-019517 (Ind. Super. Ct. Marion Cnty. 5 July 14, 2022).

      b.  U.S. const. amend. XIV.

      c.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

      d.  Relief:

            i.  Dollar amount for loss of opportunity in money.

            ii.  Dollar amount in money.

            iii.  Punitive damages in money.

            iv.  Consequential damages in money.

            v.  Compensation damages in money.

            vi.  Actual damages in money.

            vii.  Extreme Emotional Distress.

            viii.  Parasitic Damages.

            ix.  All other forms of damages in money.

CLAIM 2.   **Abuse of Process – UPS abused the process that was being had on them in a legitimate legal proceeding before the United States Court of Appeals for the Seventh Circuit.**

    a. U.S. const. amend. XIV.

    b. Indiana law.

    c. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    d. *Trichell v. Midland Credit Mgmt.,* 964 F.3d 990, 1009 (11th Cir. 2020).

    e. *United States v. Hastings,* No. 16-10361 * 5 (11th Cir. Jan. 20, 2017).

    f. *Estate of Jackson v. Schron* (*In re Fundamental Long Term Care, Inc.*), 873 F.3d 1325, 1346 (11th Cir. 2017).

    g. Relief:

        i. Dollar amount for loss of opportunity in money.

        ii. Dollar amount in money.

        iii. Punitive damages in money.

        iv. Consequential damages in money.

        v. Compensation damages in money.

        vi. Actual damages in money.

        vii. Extreme Emotional Distress.

        viii. Parasitic Damages.

        ix. All other forms of damages in money.

CLAIM 3.   **Assault – I honestly thought that this injury was going to get worse, such as maybe the computer was going to blank, explode, or even have a "mixed reality" assault or battery carried over on me.**

    a. U.S. const. amend. XIV.

    b. Indiana law.

     c. Georgia Law.

CLAIM 4.    **Trespass – UPS accessorized the Internet and trespassed onto my computer screen and property and residence.**

     a. U.S. const. amend. XIV.

     b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

     c. Relief:

        i. Dollar amount for loss of opportunity in money.

        ii. Dollar amount in money.

        iii. Punitive damages in money.

        iv. Consequential damages in money.

        v. Compensation damages in money.

        vi. Actual damages in money.

        vii. Extreme Emotional Distress.

        viii. Parasitic Damages.

        ix. All other forms of damages in money.

CLAIM 5.    **Invasion of Privacy – Intrusion on Seclusion – UPS invaded my privacy through my computer, when I was in my room, by exposing to rude, insolent, and angry behavior.**

     a. U.S. const. amend. XIV.

     b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

     c. Relief:

        i. Dollar amount for loss of opportunity in money.

        ii. Dollar amount in money.

        iii. Punitive damages in money.

        iv. Consequential damages in money.

13

      v.  Compensation damages in money.

     vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

   viii.  Parasitic Damages.

     ix.  All other forms of damages in money.

CLAIM 6.    **Appropriation – UPS appropriated my Constitutional styles or property rights of styles/titles which I hold and have per my political offices.**

  a.  U.S. const. amend. XIV.

  b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

  c.  Relief:

      i.  Dollar amount for loss of opportunity in money.

     ii.  Dollar amount in money.

    iii.  Punitive damages in money.

    iv.  Consequential damages in money.

     v.  Compensation damages in money.

     vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

   viii.  Parasitic Damages.

     ix.  All other forms of damages in money.

CLAIM 7.    **Extreme Emotional Distress – UPS unduly exercised their political rights when it attacked me via the UPS' proof of delivery signature verification method.**

  a.  U.S. const. amend. XIV.

  b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

  c.  Relief:

      i.  Dollar amount for loss of opportunity in money.

      ii.  Dollar amount in money.

     iii.  Punitive damages in money.

     iv.  Consequential damages in money.

     v.  Compensation damages in money.

     vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

   viii.  Parasitic Damages.

     ix.  All other forms of damages in money.

CLAIM 8.   **Extreme Emotional Distress – UPS unduly exercised their political rights when it attacked me based on race, as I am both through heritage and individual above race, per my social class, as being rich and as a part of the Top 1% of Americans.**

   a.  U.S. const. amend. XIV.

   b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

   c.  Relief:

      i.  Dollar amount for loss of opportunity in money.

     ii.  Dollar amount in money.

     iii.  Punitive damages in money.

     iv.  Consequential damages in money.

     v.  Compensation damages in money.

     vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

   viii.  Parasitic Damages.

     ix.  All other forms of damages in money.

CLAIM 9.   **Parasitic Damages – UPS knowing took advanced of my physical and induced mental impairment and induced incapacities; South Bank Legal prejudicially attacked my hormones, which is a lot of what racism comes down to right now.**

    a. U.S. const. amend. XIV.

    b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c. Relief:

        i. Dollar amount for loss of opportunity in money.

        ii. Dollar amount in money.

        iii. Punitive damages in money.

        iv. Consequential damages in money.

        v. Compensation damages in money.

        vi. Actual damages in money.

        vii. Extreme Emotional Distress.

        viii. Parasitic Damages.

        ix. All other forms of damages in money.

CLAIM 10.   **Negligent Entrustment – The UPS could have lend the signature mobile device to South Bank Legal for them to sign; it was irresponsible for this to happen.**

    a. U.S. const. amend. XIV.

    b. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c. Relief:

        i. Dollar amount for loss.

        ii. Dollar amount in money.

        iii. Punitive damages in money.

        iv. Consequential damages in money.

        v. Compensation damages in money.

      vi.   Actual damages in money.

     vii.   Extreme Emotional Distress.

    viii.   Parasitic Damages.

     ix.   All other forms of damages in money.

CLAIM 11.     **Extreme Emotional Distress – The UPS caused EED to me when I had to see it, which should be a neutral party, when doing service and caused undue stress and fears and paranoia.**

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

    c.  Relief:

       i.   Dollar amount for loss of opportunity in money.

      ii.   Dollar amount in money.

     iii.   Punitive damages in money.

     iv.   Consequential damages in money.

      v.   Compensation damages in money.

      vi.   Actual damages in money.

     vii.   Extreme Emotional Distress.

    viii.   Parasitic Damages.

     ix.   All other forms of damages in money.

CLAIM 12.     **Intentional Infliction of Emotional Distress – The UPS knew that upon reading the "LOSE" message via the signature tracking feature, I would be unhappy and possibly could be a thin skull plaintiff.**

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

    c.  Relief:

     i.  Dollar amount for loss of opportunity in money.

    ii.  Dollar amount in money.

   iii.  Punitive damages in money.

   iv.  Consequential damages in money.

    v.  Compensation damages in money.

   vi.  Actual damages in money.

  vii.  Extreme Emotional Distress.

 viii.  Parasitic Damages.

   ix.  All other forms of damages in money.

CLAIM 13.    **Parasitic Damages – The UPS by negligently allowing the message to be delivered via its mobile signature feature allowed.**

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

    c.  Relief:

       i.  Dollar amount for loss of opportunity in money.

      ii.  Dollar amount in money.

     iii.  Punitive damages in money.

     iv.  Consequential damages in money.

      v.  Compensation damages in money.

     vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

   viii.  Parasitic Damages.

     ix.  All other forms of damages in money.

CLAIM 14.　**Breach of Confidence – The services rendered by the UPS are meant to be confidential or between us, but I now I do not who all has been previewed to confidential information.**

    a.　U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

    b.　Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.　Relief:

        i.　Dollar amount for loss of opportunity in money.

        ii.　Dollar amount in money.

        iii.　Punitive damages in money.

        iv.　Consequential damages in money.

        v.　Compensation damages in money.

        vi.　Actual damages in money.

        vii.　Extreme Emotional Distress.

        viii.　Parasitic Damages.

        ix.　All other forms of damages in money.

CLAIM 15.　**Breach of Good Faith & Fair Dealing – I cannot use fairly use the "enjoyment of full benefits" of the contract which is also a property right created for the delivery of the court documents and services.** *See also* **42 U.S.C. § 1981 & U.S. const. amend. XIV.  UPS did not give good faith to our contract of delivery of court documents and service, as it allowed the communication to go through.  In fact, UPS allowed South Bank Legal to use the services I paid to use, without my consent, for free.**

    a.　U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

    b.　Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.　Relief:

19

     i.  Dollar amount for loss of opportunity in money.

     ii.  Dollar amount in money.

     iii.  Punitive damages in money.

     iv.  Consequential damages in money.

     v.  Compensation damages in money.

     vi.  Actual damages in money.

     vii.  Extreme Emotional Distress.

     viii.  Parasitic Damages.

     ix.  All other forms of damages in money.

**CLAIM 16.**    **Harassment – All defendants either directly or indirectly harassed with the UPS technology; the harassment was also physical, as the light rays made it into me.**

    a.  U.S. const. amend. XIV.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

    c.  Relief:

      i.  Dollar amount for loss of opportunity in money.

      ii.  Dollar amount in money.

      iii.  Punitive damages in money.

      iv.  Consequential damages in money.

      v.  Compensation damages in money.

      vi.  Actual damages in money.

      vii.  Extreme Emotional Distress.

      viii.  Parasitic Damages.

      ix.  All other forms of damages in money.

**CLAIM 17.**    **Negligence – Contributory or Comparative – All the Defendants share some sort of responsibility for the harm and injury ensued.**

    a.  U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

**CLAIM 18.**    **Appropriation – UPS disrespected me, my social and economic identities, and my omnipresent constitutional titles, which are not political free speech rights, especially since I was in private business.**

    a.  *See also* U.S. const. amend. XIV, §§ 1 & 5 and 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 19.    **Tortious Interference – UPS directly or indirectly interfered in my contractual obligation with the UPS to deliver and process court documents via service.**

    a.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 20.    **Intentional Infliction of Emotional Distress – UPS knew that the court service and process are sensitive and personal things. All owed a contractual and/or legal duty not to cause a personal injury or harm.**

    a.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    b.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

    c.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

      iv.  Consequential damages in money.

      v.  Compensation damages in money.

      vi.  Actual damages in money.

      vii.  Extreme Emotional Distress.

      viii.  Parasitic Damages.

      ix.  All other forms of damages in money.

CLAIM 21.   **Parasitic Damages –**

    a.  **All Defendants:** They made my property of using the UPS contract less enjoyable and the full benefits which come with it; that is, service was successful and notice of service received without stress.  They all disrespected and were unfaithful to my titles; they all caused economic harms. They all exhibited outrageous professional conduct.

    b.  **UPS:** In addition, UPS took away enjoyment of going into the UPS store and mailing at competitive rates and my previous dealing with the UPS.

    c.  U.S. const. amend. XIV. *See also* 42 U.S.C. § 1981.

    d.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

    e.  Relief:

      i.  Dollar amount for loss of opportunity in money.

      ii.  Dollar amount in money.

      iii.  Punitive damages in money.

      iv.  Consequential damages in money.

      v.  Compensation damages in money.

      vi.  Actual damages in money.

      vii.  Extreme Emotional Distress.

      viii.  Parasitic Damages.

    ix.   All other forms of damages in money.

CLAIM 22.   **Liability – All Defendants qualify for liability to be paid to me. Liability should be calculated specifically per my social classes and as being rich and as a part of the Top 1% of Americans. Where appropriate, this should factor into duty, breach, and causation too.**

    a.  **Joint** – Since the harm is indivisible, the harm should be paid by each defendant.

        i.  **UPS:** Lifetime competitive mailing rates; monetary damages.

    b.  **Severable** – Each Defendant should be liable for its portion.

    c.  **Joint & Severable** – Each Defendant should pay for the totality of harm it cost me.

    d.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

    e.  Indiana R.F.R.A., I.C. 34-13-9 *et seq*.

    f.  Relief:

        i.  Dollar amount for loss of opportunity in money.

        ii.  Dollar amount in money.

        iii.  Punitive damages in money.

        iv.  Consequential damages in money.

        v.  Compensation damages in money.

        vi.  Actual damages in money.

        vii.  Extreme Emotional Distress.

        viii.  Parasitic Damages.

        ix.  All other forms of damages in money.

CLAIM 23.   *Res ipsa loquitur* – **Without each defendant the negligence and injuries would not have happened.  Even if each defendant is not negligent, then my injury is still not explained. I did not put myself in harms way voluntarily.**

  a.  **UPS:** The technology or technologies are in full control of the defendants, especially UPS.  This type of injury while delivery of court documents or service/process does not happen with the negligence of each defendant, especially UPS.  Further, UPS had a contract with me to deliver.

  b.  U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

  c.  Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

  d.  Relief:

    i.   Dollar amount for loss of opportunity in money.

    ii.  Dollar amount in money.

    iii. Punitive damages in money.

    iv.  Consequential damages in money.

    v.   Compensation damages in money.

    vi.  Actual damages in money.

    vii. Extreme Emotional Distress.

    viii. Parasitic Damages.

    ix.  All other forms of damages in money.

CLAIM 24.   **Causation –**

  a.  **But For / Substantial Causal Factor –**

    i.  **UPS:** UPS and I are in a contract of delivery, with the knowledge that court documents are included for process; without its technology, these torts would not be possible.  UPS is a substantial causal factor.

  b.  **Proximate Cause –**

      i. **UPS:** UPS and I are in a contract, and it breached it duty not to abuse process; proximate cause may be assumed because of our contractual obligation.  Further, for each tort, UPS provided the technology necessary, and without access to the UPS tracker, I would not have been injured.

c. **Direct Cause –**

      i. **UPS:** UPS and I in a contract; it breached good faith and fair dealing which caused injury to me; it should have deflected South Bank Legal's blatant and obviously rude, insolent, violent communication via its UPS signature pad.

d. U.S. const. amend. XIV.  *See also* 42 U.S.C. § 1981.

e. Indiana R.F.R.A., I.C. 34-13-9 *et seq.*

f. Relief:

      i. Dollar amount for loss of opportunity in money.

      ii. Dollar amount in money.

      iii. Punitive damages in money.

      iv. Consequential damages in money.

      v. Compensation damages in money.

      vi. Actual damages in money.

      vii. Extreme Emotional Distress.

      viii. Parasitic Damages.

      ix. All other forms of damages in money.

CLAIM 25. **Breach of Agency -- UPS served as a my agent, in a principal-agent relationship, via contract, to deliver mail, and it breached the fiduciary relationship of the law of agency.**

   a.  Indiana, Georgia, and Delaware law.

   b.  Relief:

       i.  Dollar amount for loss of opportunity in money.

      ii.  Dollar amount in money.

     iii.  Punitive damages in money.

     iv.  Consequential damages in money.

      v.  Compensation damages in money.

     vi.  Actual damages in money.

    vii.  Extreme Emotional Distress.

   viii.  Parasitic Damages.

     ix.  All other forms of damages in money.

## DEMAND FOR RELIEF

WHEREFORE, The Excellent, The Excellent Raj K. Patel, with the interest further decency within our Nation and upholding our Constitution, asks this Federal Georgia Court to enter judgement in His Excellency, His Excellency's favor and grant either all or some of the following relief:

1. Relief described in the claims section above.

2. $603,267,485.00 is requested in total.

3. Award earned damages, at least nominal damages.

4. Other remedies which the court might deem fit, including because of the attack on my celebrity.

Respectfully submitted,

27

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

J.D. Candidate, Notre Dame L. Sch. 2015-2017
President/Student Body President, Student Gov't Ass'n of
    Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
Student Body President, Brownsburg Cmty. Sch.
    Corp./President, Brownsburg High Sch. Student Gov't
    2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the
    Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High
    Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-
    2010
Vice President of Fin. (Indep.), Oxford C. Republicans of
    Emory U., Inc. 2011-2012

28

## CERTIFICATE OF INTEREST

I, THE EXCELLENT, THE EXCELLENT Raj K. Patel (pro se), am appearing without counsel, like I did in the courts below. Giving Full Faith to the United States Constitution, I use the Authority of my omnipresent Styles and Office in these proceedings into which I avail myself. U.S. const. art. IV, § 1 & amend. XIV, & art. VI, § 1 referring to the Treaty of Paris (1783) & Paris Peace Treaty – Cong. Proclamation of Jan. 14, 1784.

I have completed five (5) out of the six (6) semesters of my juris dr. candidacy at the U. of Notre Dame L. Sch. in South Bend, IN., where I was enrolled from August 2015 to November 2017, and I have completed sixty-eight (68) out of the ninety (90) credit hours for a juris dr. candidacy at the Notre Dame L. Sch.

Such, I have completed the minimum number of credit hours required by the accrediting Am. B. Ass'n ("A.B.A.") to allow a law school to accredit me a juris dr. degree.

Amongst the grades in my juris dr. academic courses I received at the Notre Dame L. Sch., I received an A-/A in contracts law, an A-/A in civil procedure, and a B/A in constitutional law, while under Weapon S. In the summer of 2016, I worked as summer associate with the City of Atlanta Law Department in Atlanta, GA. In the summer of 2017, I worked as a summer associate at Barnes & Thornburg LLP in Indianapolis, IN.

And, I hold a Bachelor of Arts in Poli. Sci. and *cum laude* in Religion from Emory U., Inc. of Atlanta, Georgia, and I attended both Oxford College and Emory College, and graduated, in 2014, with a 3.718/4.0 grade point average with no pass/fail grades.

Emory U., Inc. is ranked as a top-20 or top-25 *U.S. News* Tier 1 best national university, and the Notre Dame L. Sch. is ranked as a *U.S. News* Top 25 best law school in the United States.

I was Student Body President of the Brownsburg Cmty. Sch. Corp. from 2009-2010 and Student Body President of Emory U., Inc. from 2013-2014. I was also the Notre Dame L. Sch. Student B. Ass'n Rep. to the Ind. State B. Ass'n from September 2017 to November 2017. All jurisdictions are "local" and with an "international" constituency.

Each time I was elected Student Body President, I attained thenceforth omnipresent Styles ("THE EXCELLENT" for each election) which are protected by both the Privileges & Immunities Clause and Privileges or Immunities Clause of the United States Constitution. U.S. const. art. IV, § 2, cl. 1 & amend. XIV, § 1, cl. 2. *See generally* Federalist 80 & *Printz v. United States*, 521 U.S. 898, 918 (1997) quoting *Principality of Monaco v. Mississippi*, 292 U.S. 313, 322 (1934).

I have not received legal advice or counsel from anyone else for this case.

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing *Pro Se* Complaint on 10/18/2022 to below individuals via the Clerk of Court:

**United Parcel Service ("UPS")**
**c/o CSC of Cobb County**
192 Anderson Street SE, Suite 125
Marietta, GA, 30060

Respectfully submitted,

/s/ Raj Patel
T.E., T.E. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

Dated: October 18, 2022

FROM:          (706) 733-1002
FedEX Office

262 Robert C Daniel Jr Pkwy
Augusta GA 30909
US

SHIP DATE: 29APR23
ACTWGT: 1.53 LB
CAD: 251115902/WSXI3600

BILL 3rd PARTY

TO **Clerk of Dist Ct ND Ga**

2211 United States Courthouse 75 Te

**Atlanta GA 30303**
(317) 450-6651          REF:
INV:                    DEPT:
PO:



FedEx
Ground

G

(US)

TRK# **3976 4081 8715**

30303



9622 0417 3 (000 000 0000) 0 00 3976 4081 8715



FedEx Office®